## Freed *v.* Freed, Appellant.

 Argued September 18, 1972. *Jeffrey F. Bahls,* with him *O'Hare and Rybak, Freed & Bahls,* for appellant; *Alfred P. Antonelli,* with him *Kolb, Holland, Antonelli & Heffner,* for appellee.

OPINION PER CURIAM: Order reversed and the record remanded to the court below for further hearing on the issue of counsel fees and alimony pendente lite.

WRIGHT, P. J., dissents.

HOFFMAN and PACKEL, JJ., absent.

## Krastel et al., Appellants, *v.* Lutterer.

 Argued September 13, 1972. *Edward Rubin,* with him *Hamburg & Rubin,* for appellants; *Richard P. McBride,* with him *William B. Moyer,* and *Power, Bowen & Valimont,* for appellee.

Orders affirmed.